AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Antonio Coyote-Coyote

United States District Court
Southern District Of Texas
FILED
MAY 17 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1141-M

IAE    YOB: 1985
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 16, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Progreso, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Antonio Coyote-Coyote was encountered by Border Patrol Agents near Progreso, Texas on May 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 16, 2019, near Progreso, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 29, 2019 through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 10, 2008, the defendant was convicted of Agrravted Assault and sentenced to five (5) years confinement.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

May 17, 2019 — 3:27pm

Signature of Complainant
Mickel Gonzalez          Border Patrol Agent

Juan F. Alanis            , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer